# IN THE SUPREME COURT OF PENNSYLVANIA

| IN THE MATTER OF | : | No. 1493 Disciplinary Docket No. 3 |
|---|---|---|
| | : | |
| ANTHONY C. CAPPUCCIO | : | No. 79 DB 2009 |
| | : | |
| PETITION FOR REINSTATEMENT | : | Attorney Registration No. 89512 |
| | : | |
| | : | (Bucks County) |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 22nd day of January, 2018, the Petition for Reinstatement is denied. Petitioner is directed to pay the expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement. *See* Pa.R.D.E. 218(f).